IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NATIVE ECOSYSTEMS COUNCIL and ALLIANCE FOR THE WILD ROCKIES,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN MEHLHOFF and BUREAU OF LAND MANAGEMENT,<br><br>Defendants. | CV 20-186-BLG-SPW-TJC<br><br>**ORDER** |

This matter is at issue and is exempt from the preliminary pretrial conference requirement under Rule 26(a)(1)(B) of the Federal Rules of Civil Procedure and Local Rules 16.2 and 26.1. Accordingly,

IT IS ORDERED that lead trial counsel for the respective parties shall meet and confer to consider a joint case management plan to be filed with the Court on or before **March 26, 2021**. If the parties are unable to agree on a joint case management plan, they shall each file separate case management plans on or before **March 26, 2021**, noting to which dates they could not agree and the reasons for their disagreement.

DATED this 23rd day of February, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge